UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1910**

In Re: National Football League Players' Concussion Injury Litigation

**ORDER**

      Most of the appellants litigated in the district court using "Settlement Program ID" numbers instead of their names. It does not appear they ever requested—or were granted—permission to conceal their names. If the appellants wish to continue using pseudonyms on appeal, they must file in this Court a motion requesting such relief within thirty days of this order. If no such motion is timely filed, they may be required to disclose their full names for inclusion in the caption of this appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 16, 2024
Lmr/cc: All Counsel of Record