# No. 24-1910

## In the United States Court of Appeals for the Third Circuit

IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

BYRON CUTHBERT & ASSOCIATES LLC,

Appellant.

v.

NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC,

Appellees.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2:12-md-02323) (The Honorable Anita B. Brody, J.)

### APPELLEES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX

Brad S. Karp<br>
Bruce Birenboim<br>
Lynn B. Bayard<br>
PAUL, WEISS, RIFKIND,

WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: 212-373-3000
Fax: 212-757-3990

*Attorneys for Appellees*
*National Football League and NFL Properties LLC*

---

## APPELLEES' MOTION FOR LEAVE
## TO FILE SUPPLEMENTAL APPENDIX

Appellees National Football League and NFL Properties LLC ("NFLP") (together, the "NFL Parties") hereby request leave to file a Supplemental Appendix with their brief. Appellant failed to comply with Fed. R. App. P. 30(b) because they did not serve on the NFL Parties a designation of the parts of the record Appellant wished to include in the appendix, nor did they present the NFL Parties with a statement of the issues Appellants intended to raise on appeal. Appellant never contacted the NFL Parties to engage in any discussion about the contents of the record or appendix. Accordingly, the NFL Parties never had the opportunity to designate parts of the record they wish to include in the appendix. As a result, Appellant failed to include record documents that are relevant to adjudicating the issues on appeal. A Supplemental Appendix will allow the Court to have convenient access to these documents without needing to search the record below.

Therefore, the NFL Parties respectfully request leave to file the accompanying Supplemental Appendix including the omitted documents. Granting leave will allow the Court to fully consider and address the issues on appeal.

Dated: September 11, 2024

Respectfully submitted,

*/s/ Brad S. Karp*

Brad S. Karp
  (bkarp@paulweiss.com)
Bruce Birenboim
  (bbirenboim@paulweiss.com)
Lynn B. Bayard
  (lbayard@paulweiss.com)
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: 212-373-3000
Fax: 212-757-3990

*Attorneys for Appellees
National Football League
and NFL Properties LLC*

## CERTIFICATION OF WORD COUNT

I hereby certify that this motion complies with the type-volume limitation of Fed. App. R. 27(d)(2)(A). As counted by the Microsoft Word word count tool, the motion contains 196 words, excluding the cover page, signatures, and certifications. The motion is printed using the Century Schoolbook font, 14-point.

*/s/ Brad S. Karp*
Brad S. Karp, Esq.

# CERTIFICATE OF SERVICE

I, Brad S. Karp, counsel for the NFL Parties and a member of the Bar of this Court, certify that, on September 11, 2024, an electronic copy of this Motion was filed with the Clerk of Court using the CM/ECF System. I further certify that all parties required to be served have been served.

Dated: September 11, 2024

*/s/ Brad S. Karp*
Brad S. Karp
