PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

NEW YORK          SAN FRANCISCO
BRUSSELS          TOKYO
HONG KONG         TORONTO
LONDON            WILMINGTON
LOS ANGELES

DIRECT DIAL: +1 202 223 7325
EMAIL: KSHANMUGAM@PAULWEISS.COM

January 24, 2025

**VIA ELECTRONIC FILING**

Patricia S. Dodszuweit
Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

*Re*:    *In re NFL Players Concussion Injury Litigation*, No. 24-1910

Dear Ms. Dodszueweit:

I write this letter in response to the Court's December 30, 2024, letter tentatively setting the case for argument on March 6, 2025. The letter further states that "[i]t may become necessary for the panel to move this case to another day within the week of March 3, 2025."

Counsel for appellees National Football League and NFL Properties LLC remains available for oral argument on March 6, should the panel determine oral argument is necessary. However, should argument need to be moved to another day within that week, counsel is no longer available on March 4 because of a recently scheduled argument at the United States Court of Appeals for the Second Circuit on that day.

Respectfully submitted,

*/s/ Kannon K. Shanmugam*
Kannon K. Shanmugam

cc:    All counsel of record